CO-386-online
10/03

# United States District Court
# For the District of Columbia

PUBLIC INTERESTS RESEARCH )
AND COMMUNICATIONS, INC. )
) CASE NUMBER 1:06CV01984
)
Plaintiff ) Civil Action: JUDGE: Royce C. Lamberth
vs )
) DECK TYPE: General Civil
WORLD POLITICS WATCH, L.L.C., )
3611 Norton Place, N.W., )
Washington, D.C. 20016 ) DATE STAMP: 11/20/2006
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Plaintiff, Public Interests Research and Communications, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Public Interest Research and Communications, Inc.  which have any outstanding securities in the hands of the public:

None. Plaintiff, Public Interest Research and Communications, Inc. has one affiliate, IGRG, Inc., an Ontario registered private corporation, which is entirely owned by Public Interests Research and Communications, Inc. and three private partners.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

454879
BAR IDENTIFICATION NO.

Cecil E. Key
Print Name

Dewey Ballantine LLP, 1775 Pennsylvania Ave., N.W.
Address

Washington,    DC            20006
City           State         Zip Code

(202) 862-1000
Phone Number