UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Public Interests Research & Communications, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>World Politics Watch, L.L.C.<br><br>Defendant. | Civil Action No. 06-01984 (RCL) |

**PLAINTIFF'S SUBMISSION
PURSUANT TO THE COURT'S JANUARY 17, 2007 ORDER**

Plaintiff Public Interests Research & Communications, Inc. ("Plaintiff") hereby submits the following explanation regarding the status of service of the complaint in response to the Court's January 17, 2007 Order.

Shortly after filing of the complaint, Plaintiff engaged Defendant World Politics Watch, L.L.C. ("Defendant") in discussions regarding potential settlement of the dispute that is the subject of Plaintiff's complaint. In the course of these discussions, Plaintiff informed Defendant of the filing of the complaint, and provided a courtesy copy of the complaint to Defendant. Plaintiff agreed to delay formal service of the complaint while the parties discuss a potential settlement.

Following correspondence over the course of several weeks, which included the exchange of information to facilitate consideration of settlement positions, the parties met on January 11, 2007 for settlement discussions. The parties have since exchanged settlement

proposals. Plaintiff has expressed its desire to bring the settlement discussions to a conclusion shortly.

Thus, the delay in service has been solely to allow the parties to consider the opportunity for settlement in the hopes that further litigation will not be necessary. If no amicable resolution can be reached, Plaintiff currently intends to serve the complaint within the 120 day time allowed under the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4(c) and 4(m) (complaint to be served within time 120 days of filing as allowed by Rule 4(m)).

The undersigned remains available to provide any additional information or explanation the Court may desire.

Respectfully submitted,

Date:   January 25, 2007

Cecil E. Key
DEWEY BALLANTINE LLP
975 F Street, N.W.
Washington, D.C. 20004-1405
Telephone: 202-862-4583
Fax: 202-862-1093
Email: ckey@deweyballantine.com

Attorneys for Plaintiff
PUBLIC INTERESTS RESEARCH &
COMMUNICATIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2007, a courtesy copy of *PLAINTIFF'S SUBMISSION PURSUANT TO THE COURT'S JANUARY 17, 2007 ORDER* was served on the following via First Class Mail, postage prepaid.

<u>Via First Class Mail</u>

World Politics Watch, L.L.C.
c/o Kenneth E. Liu
GAMMON & GRANGE, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA 22102
PH: (703) 761-5000 ext. 131
Fax: (703) 761-5023
kel@gg-law.com

_____
Cecil E. Key
(D.C. Bar No. 454879)
DEWEY BALLANTINE LLP
975 F Street, N.W.
Washington, D.C. 20004-1405
Telephone: 202-862-4583
Fax: 202-862-1093
Email: ckey@deweyballantine.com

Attorney for Plaintiff
PUBLIC INTERESTS RESEARCH &
COMMUNICATIONS, INC.