UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Public Interests Research & Communications, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>World Politics Watch, L.L.C.<br><br>Defendant. | Civil Action No. 06-01984 (RCL) |

**NOTICE OF FILING OF AFFIDAVIT OF SERVICE**

Plaintiff Public Interests Research & Communications, Inc. hereby submits the Affidavit of Service regarding the Summons and Complaint which were served on Defendant World Politics Watch, L.L.C. on February 5, 2007. The Affidavit of Service is attached hereto.

Respectfully submitted,

Date:  February 9, 2007

Cecil E. Key
DEWEY BALLANTINE LLP
975 F Street, N.W.
Washington, D.C. 20004-1405
Telephone: 202-862-4583
Fax: 202-862-1093
Email: ckey@deweyballantine.com

Attorneys for Plaintiff
PUBLIC INTERESTS RESEARCH &
COMMUNICATIONS, INC.

DC1 228337v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2007, a courtesy copy of the foregoing *Notice Of Filing Of Affidavit Of Service* was served on the following via First Class Mail, postage prepaid.

<u>Via First Class Mail</u>

World Politics Watch, L.L.C.
c/o Kenneth E. Liu
GAMMON & GRANGE, P.C.
8280 Greensboro Drive, 7th Floor
McLean, VA 22102
PH: (703) 761-5000 ext. 131
Fax: (703) 761-5023
kel@gg-law.com

_____
Cecil E. Key
(D.C. Bar No. 454879)
DEWEY BALLANTINE LLP
975 F Street, N.W.
Washington, D.C. 20004-1405
Telephone: 202-862-4583
Fax: 202-862-1093
Email: ckey@deweyballantine.com

Attorney for Plaintiff
PUBLIC INTERESTS RESEARCH &
COMMUNICATIONS, INC.

DC1 228337v1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Public Interests Research and Communications,
Inc.,
85 Albert Street, Suite 1502
Ottawa ON K1P 6A4, Canada

**SUMMONS IN A CIVIL CASE**

V.

World Politics Watch, L.L.C.,
3611 Norton Place, N.W.
Washington, D.C., 20016

CASE NUMBER  1:06CV01984

JUDGE: Royce C. Lamberth

CASE NUME

DECK TYPE: General Civil

DATE STAMP: 11/20/2006

TO: (Name and address of Defendant)

World Politics Watch, L.L.C.,
3611 Norton Place, N.W.
Washington, D.C., 20016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony W. Shaw
Cecil E. Key
Dewey Ballantine L.L.P.
1775 Pennsylvania Ave., N.W.
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      NOV 2 0 2006

CLERK                                                     DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Public Interests Research and Communications, Inc.

vs.

World Politics Watch, L.L.C.

No. 1:06CV01984

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 7:18 am on February 5, 2007, I served World Politics Watch, L.L.C. c/o Hampton Stephens, Registered Agent at 3611 Norton Place, NW, Washington, DC 20016 by serving Hampton Stephens, Registered Agent, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     31
HEIGHT-  6'0"
HAIR-    BROWN
WEIGHT-  175
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  2-6-07
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 183316