UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC INTERESTS RESEARCH AND COMMUNICATIONS, INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**WORLD POLITICS WATCH, LLC** )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1984 (RCL) |

## ORDER

Defendant, World Politics Watch, LLC, has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 7, 2007.