IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC INTEREST RESEARCH AND COMMUNICATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>WORLD POLITICS WATCH, LLC,<br><br>Defendant. | Case No. 1:06CV01984<br>Judge: Royce C. Lamberth |

# REPLY TO COUNTERCLAIMS

In response to the Counterclaims set forth in the Answer, Affirmative Defenses, and Counterclaims of Defendant World Politics Watch, LLC dated February 20, 2007 ("Defendant's Counterclaims"), Plaintiff Public Interests Research and Communications, Inc. ("PIRC") hereby states, avers and alleges as follows:

### REPLY TO DEFENDANT'S COUNTERCLAIMS

1. PIRC admits the allegations of Paragraph 1 of Defendant's Counterclaims.

2. PIRC denies that it is federally registered in Canada. PIRC admits that it is a corporation organized under the laws of Ontario, Canada and otherwise admits the remaining allegations of Paragraph 2 of Defendant's Counterclaims.

## JURISDICTION AND VENUE

3. PIRC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 of Defendant's Counterclaims as stated, and therefore denies those allegations.

4. PIRC admits that the statutes cited in Paragraph 4 of Defendant's Counterclaims confer original jurisdiction upon this Court as provided in those statutes, but otherwise denies the allegations of Paragraph 4.

5. PIRC admits that the statute cited in Paragraph 5 of Defendant's Counterclaims confers jurisdiction upon this Court as provided in that statute, but otherwise denies the allegations of Paragraph 5.

6. PIRC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 of Defendant's Counterclaims as stated, and therefore denies those allegations.

## BACKGROUND FACTS

### A. CounterPlaintiff's Service Mark

7. Paragraph 7 does not state facts to which a response is required.

8. PIRC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of Defendant's Counterclaim, and therefore denies those allegations.

9. PIRC denies the allegations of Paragraph 9 of Defendant's Counterclaims.

10. PIRC admits that Defendant filed an application with the U.S. Patent and Trademark Office ("PTO") to register "World Politics Watch" as a service mark and that according to the online records of the PTO, Defendant's application was filed on or about October 23, 2006.

11. PIRC denies the allegations of Paragraph 11 of Defendant's Counterclaims.

**B. CounterDefendant's Service Mark**

12. PIRC admits that prior to October 11, 2006, and continuing through that date and to the present, it has offered and continues to offer an international news service under its POLITICS WATCH service mark through a website located at the domain name addresses www.politicswatch.com, www.politicswatch.net, www.politicswatch.org, www.politicswatch.us, and www.politicswatch.tv, among others. PIRC further admits that it broadcasts its news service from Canada. PIRC otherwise denies the allegations of Paragraph 12 of Defendant's Counterclaims.

13. PIRC admits that the audience for its POLITICS WATCH news services has at all times included Canadians, but otherwise denies the allegations of Paragraph 13 of Defendant's Counterclaims.

14. PIRC denies the allegations of Paragraph 14 of Defendant's Counterclaims.

15. PIRC lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15 of Defendant's Counterclaims as phrased, and therefore denies those allegations.

16. PIRC denies the allegations of Paragraph 16 of Defendant's Counterclaims.

17. PIRC admits that the statements set forth in Paragraphs 17(a)-(h), together with other statements not identified by Defendant, do appear or have appeared on PIRC's POLITICS WATCH website, but otherwise denies the allegations of Paragraph 17 of Defendant's Counterclaims.

18. PIRC admits that on September 29, 2006 it sent Defendant a letter demanding that Defendant cease unauthorized use of the infringing "World Politics Watch" mark.

19. PIRC denies the allegations of Paragraph 19 of Defendant's Counterclaims.

20. PIRC denies the allegations of Paragraph 20 of Defendant's Counterclaims.

21. PIRC denies the allegations of Paragraph 21 of Defendant's Counterclaims.

22. PIRC denies the allegations of Paragraph 22 of Defendant's Counterclaims.

## COUNT I

23. Paragraph 23 of Defendant's Counterclaims does not state facts to which a response is required.

24. PIRC repeats, re-alleges and incorporates by reference its responses to Paragraphs 1 through 24 of Defendant's Counterclaims as though set forth fully herein.

25. PIRC denies the allegations of Paragraph 25 of Defendant's Counterclaims.

26. PIRC lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 26 of Defendant's Counterclaims and therefore denies those allegations.

27. PIRC denies the allegations of Paragraph 27 of Defendant's Counterclaims.

28. PIRC denies the allegations of Paragraph 28 of Defendant's Counterclaims.

29. PIRC admits that it did not seek any "authorization or consent" from Defendant, denies that any such authorization or consent was necessary, and otherwise denies the allegations of Paragraph 29 of Defendant's Counterclaims.

30. PIRC denies the allegations of Paragraph 30 of Defendant's Counterclaims.

31. PIRC denies the allegations of Paragraph 31 of Defendant's Counterclaims.

32. PIRC denies the allegations of Paragraph 32 of Defendant's Counterclaims.

## COUNT II

33. Paragraph 33 of Defendant's Counterclaims does not state facts to which a response is required.

34. PIRC repeats, re-alleges and incorporates by reference its responses to Paragraphs 1 through 33 of Defendant's Counterclaims as though set forth fully herein.

35. PIRC denies the allegations of Paragraph 35 of Defendant's Counterclaims.

36. PIRC lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 36 of Defendant's Counterclaims and therefore denies those allegations.

37. PIRC denies the allegations of Paragraph 37 of Defendant's Counterclaims.

38. PIRC denies the allegations of Paragraph 38 of Defendant's Counterclaims.

39. PIRC admits that it did not seek any "authorization or consent" from Defendant, denies that any such authorization or consent was necessary, and otherwise denies the allegations of Paragraph 39 of Defendant's Counterclaims.

40. PIRC denies the allegations of Paragraph 40 of Defendant's Counterclaims.

41. PIRC denies the allegations of Paragraph 41 of Defendant's Counterclaims.

42. PIRC denies the allegations of Paragraph 42 of Defendant's Counterclaims.

## COUNT III

43. Paragraph 43 of Defendant's Counterclaims does not state facts to which a response is required.

44. PIRC repeats, re-alleges and incorporates by reference its responses to Paragraphs 1 through 43 of Defendant's Counterclaims as though set forth fully herein.

45. PIRC denies the allegations of Paragraph 45 of Defendant's Counterclaims.

46. PIRC lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 46 of Defendant's Counterclaims and therefore denies those allegations.

47. PIRC denies the allegations of Paragraph 47 of Defendant's Counterclaims.

48. PIRC denies the allegations of Paragraph 48 of Defendant's Counterclaims.

49. PIRC admits that it did not seek any "authorization or consent" from Defendant, denies that any such authorization or consent was necessary, and otherwise denies the allegations of Paragraph 49 of Defendant's Counterclaims.

50. PIRC denies the allegations of Paragraph 50 of Defendant's Counterclaims.

51. PIRC denies the allegations of Paragraph 51 of Defendant's Counterclaims.

## AFFIRMATIVE AND OTHER DEFENSES

52. Defendant-Counterclaimant has failed to state a claim upon which relief can be granted.

53. Plaintiff PIRC's rights in its POLITICS WATCH service mark preceded any rights Defendant-Counterclaimant has in its asserted "World Politics Watch" mark.

54. Defendant-Counterclaimant has suffered no cognizable harm, injury or damages for which recovery is permitted, and/or has failed to mitigate its damages, if any.

55. Defendant-Counterclaimant has suffered no harm for which there is no adequate remedy at law.

56. Defendant-Counterclaimant's asserted "World Politics Watch" mark is unenforceable.

57. Defendant-Counterclaimant's claims are barred in whole or in part by the application of equitable doctrines, including the doctrine of unclean hands.

58. Defendant-Counterclaimant's claims are and have been asserted in bad faith.

WHEREFORE, PIRC prays that judgment be entered in favor of PIRC, dismissing Defendant's Counterclaims in their entirety and with prejudice, and that PIRC be awarded all costs and reasonable attorneys' fees resulting from Defendant's Counterclaims, together with such other and further relief as the Court deems just and proper.

Dated: March 9, 2007

            Respectfully submitted,

            DEWEY BALLANTINE, LLP

By: _____
            Cecil E. Key (DC Bar No. 454879)
            DEWEY BALLANTINE, LLP
            975 F Street, N.W.
            Washington, DC 20004-1405
            Telephone: (202) 862-1000
            Facsimile: (202) 862-1093
            Email: ckey@deweyballantine.com

            Attorneys for Plaintiff, Public Interests and Communications, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **REPLY TO COUNTERCLAIMS** was served on this 9th day of March, 2007, to counsel of record in the manner described below:

VIA EMAIL AND FIRST CLASS U.S. MAIL

Timothy R. Obitts, Esq.
GAMMON & GRANGE, P.C.
8280 Greensboro Drive, 7th Floor
McLean, Virginia 22102
Telephone: (703) 761-5000
Facsimile: (703) 761-5023
Email: tro@gg-law.com

_____
Sheryl Alexander