IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC INTERESTS RESEARCH AND COMMUNICATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>WORLD POLITICS WATCH, LLC<br><br>Defendant. | Civil Action No. 1:06CV01984<br>Judge: Royce C. Lamberth |

**Stipulated Request to Extend the Deadline for Completion of**
**Rule 16 Conference and Filing of Report and Proposed Scheduling Order**

The parties hereby present this stipulated request to extend until March 30, 2007 the deadline to complete the Local Rule 16.3 Conference, and to extend until April 9, 2007 the deadline for filing the report and Proposed Scheduling Order required under Local Rule 16.3(d). The basis for this stipulated request is as follows:

The Court issued an order on March 7, 2007 requiring that a Local Rule 16.3 Conference be held by March 22, 2007, and that the report and Proposed Scheduling Order required by Local Rule 16.3(d) be filed within ten days thereafter, i.e., by April 2, 2007. Counsel for the parties held an initial conference on March 16, 2007 to discuss, *inter alia*, the matters required under the Federal Rules of Civil Procedure and Local Rule 16.3(c). The conference was continued to allow counsel to discuss certain outstanding issues with their respective clients in order to complete the conference by the March 22, 2007 deadline.

The principal for plaintiff Public Interests Research and Communications, Inc.

("PIRC"), Francis Schiller, is now unavailable due to the unexpected death of his father two days after the initial conference. Mr. Schiller is an essential decision maker for PIRC regarding the outstanding issues being considered pursuant to the March 16th conference of counsel. The parties therefore respectfully request an extension of time in light of Mr. Schiller's unanticipated absence to allow the parties to fully consider and further discuss the issues and proposals discussed by counsel.

This request is made in good faith and not for purposes of delay.

A proposed order is attached.

Date: March 20, 2007

Respectfully Submitted,

By: /S/_____
Cecil E. Key (DC Bar No. 454879)
DEWEY BALLANTINE, LLP
975 F. Street, NW
Washington, DC 20004-1405
Telephone:  (202) 862-1000
Facsimile:  (202) 862-1093
E-mail:  ckey@deweyballantine.com

Attorneys for Plaintiff, Public Interests Research and Communications, Inc.

By: /S/_____
Timothy R. Obitts (DC Bar No. 478470)
GAMMON & GRANGE, P.C.
8280 Greensboro Drive, Seventh Floor
McLean, Virginia 22102
Telephone:  (703) 761-5000
Facsimile:  (703) 761-5023

Attorneys for Defendant, World Politics Watch, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC INTERESTS RESEARCH AND )
COMMUNICATIONS, INC. )
)
    Plaintiff, )  Civil Action No. 1:06CV01984
) Judge: Royce C. Lamberth
v. )
)
WORLD POLITICS WATCH, LLC )
)
    Defendant. )
)

## ORDER

Having considered the parties' Stipulated Request to Extend the Deadline for Completion of Rule 16 Conference and Filing of Report and Proposed Scheduling Order and the reasons given therefore,

IT IS HEREBY ORDERED THAT

(1)    The time for completing the Local Rule 16.3 Conference is extended to March 30, 2007; and

(2)    The time for filing the Proposed Scheduling Order required under LCvR 16.3(d) is extended to April 9, 2007.

    SO ORDERED.

Date: March __, 2007

_____
Royce C. Lamberth
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Stipulated Request to Extend the Deadline for Completion of Rule 16 Conference and Filing of Report and Proposed Scheduling Order** was served on this 20th day of March, 2007, to counsel of record in the manner described below:

<u>VIA EMAIL AND FIRST CLASS U.S. MAIL</u>

Timothy R. Obitts, Esq.
GAMMON & GRANGE, P.C.
8280 Greensboro Drive, 7th Floor
McLean, Virginia 22102
Telephone: (703) 761-5000
Facsimile: (703) 761-5023
Email: tro@gg-law.com

_____
Sarah Gans

DC-228839v2