UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC INTERESTS RESEARCH AND COMMUNICATIONS, INC.,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 06-1984 (RCL) |
| **WORLD POLITICS WATCH, LLC** | ) ) ) |
| Defendant. | ) ) ) |

### ORDER

Having considered the parties' Stipulated Request [9] to Extend the Deadline for Completion of Rule 16 Conference and Filing of Report and Proposed Scheduling Order, and the reasons given therefore, it is hereby

ORDERED, that:

(1) the time for completing the Local Rule 16.3 Conference is extended to March 30, 2007, *nunc pro tunc*; and

(2) the time for filing the Proposed Scheduling Order required under LCvR 16.3(d) is extended to April 9, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 2, 2007.