UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
PUBLIC INTERESTS RESEARCH         )
AND COMMUNICATIONS, INC.,         )
                                  )
    **Plaintiff,**               )
                                  )
v.                                )   Civil Action No. 06-1984 (RCL)
                                  )
WORLD POLITICS WATCH, LLC         )
                                  )
    **Defendant.**               )
_____)

# ORDER

Upon consideration of the Statement of Parties pursuant to L.Cv.R. 16.3(d), it is hereby

ORDERED, that this case shall be governed by the following deadlines, as calculated from this date:

| | |
|---|---|
| Initial Disclosures | 10 days |
| Fact Discovery Deadline | 4 months |
| Discovery Period Deadline | 7 months |
| Fed. R. Civ. P. 26(a)(2) Proponent's Statements | 1 month after close of fact discovery |
| Fed. R. Civ. P. 26(a)(2) Opponent's Statements | 1 month after filing of Proponent's Statements |
| Expert Depositions | 1 month after exchange of rebuttal reports |
| Dispositive Motions Filing Deadlines | 1 month after close of all discovery |
| Oppositions to Dispositive Motions | 20 days after filing of Motion |
| Replies to Dispositive Motions | 10 days after filing of Opposition |

| | |
|---|---|
| Amendments to Pleadings | 3 months from this date |
| Status Conference Date | To be set after disposition of any dispositive motions, at which dates for pretrial and trial will be set. |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 23, 2007.