IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC INTERESTS RESEARCH AND )
COMMUNICATIONS, INC. )
                                                                      )
    Plaintiff )
v.                                        )    Civil Action No. 1:06CV01984
                                                   )
WORLD POLITICS WATCH, LLC )
                                                   )
    Defendant )

**STIPULATED DISMISSAL**

In accordance with and subject to the terms of the settlement reached by the parties, and Fed. R. Civ. P. 41(a)(1), Plaintiff/Counterclaim-Defendant Public Interests Research And Communications, Inc. and Defendant/Counterclaimant World Politics Watch, LLC, by and through the signatures below of their respective attorneys of record, hereby stipulate to and dismiss all claims and counterclaims in the above-captioned action with prejudice.

                                                                Respectfully Submitted,

_____        _____
Anthony W. Shaw, D.C. Bar No. 362746    Timothy R. Obitts, DC Bar No. 478470
Cecil E. Key, D.C. Bar No. 454879            Gammon & Grange, P.C.
Dewey Ballantine LLP                           8280 Greensboro Drive, 7th Flr.
975 F. Street, NW                                McLean, Virginia 22102
Washington, DC 20004-1405               (703) 761-5000
(202) 862-1000
Email: ckey@deweyballantine.com        Counsel for Defendant World Politics Watch, LLC

Counsel for Plaintiff Public Interests Research and Communications, Inc.

Date: May 3, 2007