UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC INTERESTS RESEARCH AND COMMUNICATIONS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **WORLD POLITICS WATCH, LLC** <br><br> Defendant. | Civil Action No. 06-1984 (RCL) |

## ORDER

Upon consideration of the parties' joint Stipulation [13] of Dismissal, in which the parties describe a settlement reached between them, and the entire record herein, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 4, 2007.